**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| PAUL ROLLEN, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) No. 4:06-CV-1114 CAS (MLM) |
| | ) |
| TROY STEELE, | ) |
| | ) |
| Respondent. | ) |

## **ORDER**

This matter is before the Court on state prisoner Paul Rollen's action pursuant to 28 U.S.C. § 2254. This case is referred to United States Magistrate Judge Mary Ann L. Medler for report and recommendation on all dispositive matters and for final disposition on all non-dispositive matters, pursuant to 28 U.S.C. § 636(b).

On March 26, 2007, Magistrate Judge Medler filed a Report and Recommendation of United States Magistrate Judge which recommended that petitioner's Motion for Default Judgment or, In the Alternative, Other Appropriate Sanctions be denied.

Petitioner filed timely objections and amended objections to the Report and Recommendation [Docs. 30, 31], asserting inter alia that the Magistrate Judge overstated the number of objections that he has filed in this action, respondent has not filed any explanation with the Court for failing to timely respond to petitioner's first amended petition, and the Magistrate Judge is affording respondent too much leniency. The Court has carefully reviewed petitioner's objections and the entire record of this matter. The Court concurs fully in the recommendation of the Magistrate Judge, and petitioner's objections are overruled.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of United States Magistrate Judge is **sustained**, **adopted** and **incorporated** herein. [Doc. 28]

**IT IS FURTHER ORDERED** that Paul Rollen's Motion for Default Judgment or, In the Alternative, Other Appropriate Sanctions is **DENIED**. [Doc. 25]

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this  5th  day of April, 2007.